1  TERRY LaPORTE, ESQ. SBN: 88669
   125 South Market Street
2  Suite 1075
   San Jose, California 95113
3  Phone: (408) 293-8810
   Fax: (408) 292-7673
4  Email Address: terry@terrylaporte.com

5  Attorney for Plaintiff, Lisa Morrell Craig

**ORIGINAL FILED**

08 APR 15 PM 2: 17

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA S.J.

ADR
E-FILING

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

LISA M. CRAIG,

   Plaintiff,

vs.

MICHAEL ASTRUE, Commissioner
of Social Security,

   Defendant.

Case No. C08 01968 JW HRL

COMPLAINT

The above-named plaintiff makes the following representations to this court for the purpose of obtaining judicial review of a decision of the defendant adverse to the plaintiff:

1. The plaintiff is a resident of Santa Clara County, California.

2. The plaintiff complains of a decision which adversely affects the plaintiff in whole or in part. The decision has become the final decision of the Commissioner for purpose of judicial review and bears the following caption:

In the case of:

LISA CRAIG
Claimant

_____
Wage Earner

Claim For:

Title II & XVI
Type of Benefit

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
Social Security Number

Complaint

-1-

3. The plaintiff has exhausted administrative remedies in this matter and this court has jurisdiction pursuant to Title 42, U.S.C. §405(g).

WHEREFORE, the plaintiff seeks judicial review by this court and the entry of judgment for such relief as may be proper, including costs.

Date: 04/03/2008

_____
TERRY LaPORTE, Attorney for Plaintiff LISA CRAIG

Complaint

-2-