UNITED STATES DISTRICT
NORTHERN DISTRICT OF CALIFORNIA

# DOCUMENT LOCATOR

Case No.:  C08-1968

Date Filed:  7/17/08

DOCUMENT:

- XX  Transcript: _____

- XX  Exhibits:  Administrative Record

- ○  Lodged Documents: _____
- ○  Declaration: _____

- ○  Other: to Defendant's Answer
  _____

LOCATION:

- X   Expando Next to Case File
- ○  Overflow Shelf: _____
- ○  Vault
- ○  Other: _____
- ○  Exhibit Room

Document No.:  10