IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Lisa Craig, | NO. C 08-01968 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Court's January 7, 2010 Order Granting in part and Denying in part Plaintiff's Motion for Summary Judgment, and Remanding the case to the Commissioner; Denying Defendant's Cross-Motion for Summary Judgment, judgment is entered in favor of Plaintiff Lisa Craig, against Defendant Michael J. Astrue, Commissioner of Social Security.

The Clerk shall close this file.

Dated: January 7, 2010

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Shea Lita Bond shea.bond@ssa.gov
Terry LaPorte terry@terrylaporte.com

3

4

**Dated: January 7, 2010**                                        **Richard W. Wieking, Clerk**

5

6                                                                 **By:   /s/ JW Chambers**
                                                                        **Elizabeth Garcia**
7                                                                       **Courtroom Deputy**

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28