TERRY LaPORTE, ESQ.  SBN 88669
Law Offices of Terry LaPorte
125 South Market Street, Suite 1075
San Jose, CA  95113
Phone:  (408) 293-8810
Fax:     (408) 292-7673

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Lisa Craig,<br><br>                         Plaintiff<br>v.<br>MICHAEL ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | CIVIL ACTION No. C08-01968 JW<br><br>AMENDED STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT OR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

The plaintiff attorney having met the criteria of L.R. 54-5, by meeting and conferring with the defendant, IT IS HEREBY STIPULATED by and between parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney Terry LaPorte receive the following payment pursuant to EAJA fees:

1. Defendant shall pay THREE THOUSAND TWO HUNDRED DOLLARS, ($3,200.00), pursuant to the Equal Access to Justice Act (EAJA) for attorney's fees (including costs) incurred in this Court action.  The check is to be payable to plaintiff's counsel as plaintiff's assignee.

2. This is a settlement of plaintiff's request for attorney's fees pursuant to EAJA, and does

not constitute an admission of liability of fault on the part of defendant under the Equal Access of Justice Act.

3. Payment of the THREE THOUSAND, TWO HUNDRED DOLLARS, ($3,200.00), EAJA attorney's fees incurred in this Court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney's fees pursuant to EAJA as a result of this Court action.

Dated: 3/30/10

TERRY LaPORTE, ESQ.
Attorney for Plaintiff

United States Attorney

Dated:_____

By: /s/ Shea Lita Bond
(As authorized via email on 02/20/2010)
Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The pending motions is terminated.

Dated: April 14, 2010

United States District Judge

-2-