**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| LISA M. CRAIG, | ) | Case No.: 08-CV-1968-LHK |
| Plaintiff, | ) | ORDER TO FILE RESPONSE |
| v. | ) | |
| MICHALE J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

The Defendants are ordered to file a response to the amended motion for attorney's fees, ECF No. 28, by December 22, 2013.

**IT IS SO ORDERED.**

Dated: November 22, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 08-CV-1968-LHK
ORDER TO FILE RESPONSE